IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ADRIAN and ARIONNA BARAJAS, Plaintiffs ) Unopposed
    v. )
M1 SUPPORT SERVICES L.P., et al., Defendants ) 1:23-cv-413-RAH-CWB

PLAINTIFFS' UNOPPOSED MOTION TO DISMISS
M1 SUPPORT SERVICES L.P. WITH PREJUDICE

Come now the plaintiffs, Adrian and Arionna Barajas, who move this Honorable Court to dismiss all of their claims against one of the defendants, M1 Support Services L.P., with prejudice. The Barajases also dismiss with prejudice fictitious parties No. 5, 6, 7 and 8, but only to the extent that they could be construed to describe M1 Support Services L.P., its associated entities, or its employees/personnel. Further, in regard to former defendants Terry Gallager and Marlin Brandon, who had previously been dismissed without prejudice, the Barajases move to dismiss Gallagher and Brandon with prejudice. The intent of this motion to dismiss is to only dismiss with prejudice M1 Support Services L.P., its associated entities, and its employees/personnel. The Barajases intend to continue to prosecute all of their existing claims against the U.S. Government under the FTCA. This motion does not affect the Barajases' existing claims against the U.S. Government, which remain pending. The Barajases' counsel have consulted with counsel for M1 and the U.S. Government and report that this motion is unopposed.

-1-

        Respectfully submitted,

        <u>/s/ Richard Riley</u>
        David Marsh | Richard Riley | J.D. Marsh
        Attorneys for Adrian and Arionna Barajas

<u>OF COUNSEL</u>:
MARSH | RICKARD | BRYAN
2222 Arlington Avenue South; Suite 210
Birmingham, Alabama 35205
(205) 879-1981 | rriley@mrblaw.com

<u>Certificate of Filing and Service</u>

    On December 1, 2025, I electronically filed this motion with the CM/ECF system, which will electronically serve the following counsel of record:

    Clinton Timothy Speegle Esq.(cspeegle@lightfootlaw.com)
    Craig Joseph Castiglia Esq. (craig.castiglia@dechert.com)
    John Banks Sewell III Esq. (bsewell@lightfootlaw.com)
    Katherine Elizabeth Unger Davis Esq. (kate.ungerdavis@dechert.com)
    Wesley Smithart Esq. (wsmithart@lightfootlaw.com)
    Mark Steven Cheffo Esq. (mark.cheffo@dechert.com)
    Vincent H. Cohen Jr. Esq. (vincent.cohen@dechert.com)
    Robert Kelly, Esq. (robert.kelly@usdoj.gov)
    Guice Slawson III Esq. (guice.slawson.iii@usdoj.gov)

        <u>/s/ Richard Riley</u>
        Richard Riley